UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK J. SBLENDIDO,<br><br>　　　　　　　　　　Defendant. | No. 03 CIV 6026 (ARR) / (VVP)<br><br>STIPULATION AND ORDER OF PERMANENT INJUNCTION |

　　　　It is hereby stipulated by and among the parties that the following Permanent Injunction be entered by the Court without further notice or process:

　　　　1.　　Defendant FRANK J. SBLENDIDO (the "Defendant"), and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

　　　　　　(a)　　receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

　　　　　　(b)　　designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing, selling, or using any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor)

designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

    (c)    advertising the sale of any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

    (d)    reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without limitation the encryption and security controls for the DIRECTV satellite system.

2.    This Permanent Injunction shall apply to the Defendant's activities worldwide, and shall apply with the same force and effect to the DIRECTV Latin America (also known as Galaxy Latin America) satellite system, and to any other direct broadcast satellite system or related business in which DIRECTV has a financial or other interest, now or in the future.

3.    The Defendant, and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

(a) investing or holding any financial interest in any enterprise which the Defendant knows is now, or planning in the future, to engage in any of the activities prohibited by this Permanent Injunction; or

(b) knowingly allowing any persons or entities which he controls, either directly or indirectly, to engage in any of the activities prohibited by this Permanent Injunction.

4. In the event that the Defendant becomes aware that an enterprise in which he has invested or holds any financial interest is engaged in any of the activities prohibited by this Permanent Injunction, the Defendant agrees to immediately divest himself of any such investment or financial interest and to promptly notify DIRECTV of the same.

5. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction. The Defendant specifically consents to personal jurisdiction and venue in the United States District Court, for the Eastern District of New York.

///
///
///
///
///

6. Upon proof of any violations by the Defendant of the provisions of this Permanent Injunction, the Court shall be authorized to award damages to DIRECTV for losses sustained prior to the date of this Permanent Injunction, in addition to any other damages or other relief authorized by law.

DATED: _____, 200_6_

Honorable Allyne R. Ross
United States District Court Judge

Presented by:
**GARVEY SCHUBERT BARER**

By: _____
Mario Aieta, Esq. (MA-2228)
Daniel Jacobson (DJ-7086)
Attorneys for Plaintiff DIRECTV, Inc.
599 Broadway, 8th Floor
New York, New York 10012
(212) 431-8700

Dated: March 31, 2004

**KELLEHER & DUNNE LLP**

By: _____
John Dunne (JD) 2515
Kelleher & Dunne LLP
Attorneys for Defendant Frank J. Sblendido
17 Battery Place, 11th Floor
New York, NY 10004
(212) 825-1760

Dated: March 25, 2004

Of Counsel
YARMUTH WILSDON CALFO PLLC

John Jamnback
PO Box 1110
Seattle, Washington 98111-1110
(206) 654-4125
(206) 654-4128 (fax)

Attorneys for Plaintiff DIRECTV, Inc

4

## VERIFICATION BY DEFENDANT

STATE OF NEW YORK      )
                       )
COUNTY OF  KINGS       )

    I, FRANK J. SBLENDIDO, being first duly sworn, on oath, depose and say that I am the named defendant herein, have read the foregoing Stipulation and Permanent Injunction, understand the terms thereof and, after the opportunity to consult with legal counsel, do freely consent to the entry of the same by this Court.

                                                             _____
                                                                 FRANK J. SBLENDIDO

SUBSCRIBED AND SWORN TO before me this 23 day of March, 2004.

                                               Name: Maureen Calabrese
                                               NOTARY PUBLIC in and for the State of
                                               MAUREEN CALABRESE, residing at:
                                               Notary Public, State of New York
                                               No. 01CA6160964
                                               Qualified in Kings County
My Commission Expires: Commission Expires Dec. 15, 2007